U.S. MIDDLE DISTRICT COURTHOUSE
STATE OF ALA

2:07cv1093-mHT

MARCUS TATE # 180664
MCBF
12423 N. BELT LINE HWY
Mobile, Ala 36663

ATTN: CHARLES COODY
U.S.S. Magistrate Judge

CV-07-

SIR I have been in All Courts such As Clarke County Circuit Court, U.S. Southern District Court, Mobile Ala and the middle District Courthouse Montgomery Ala
Trying to get from under ILLEGAL Custody by ADOC and ATTORNEY GENERAL OFFICER's et al and Clarke County Courthouse Representives

SEE Title code of Ala 13A-5-9 (c)(2) 1975  Sir I only have ONE prior Felony  BURGLAR's Tools N97000427

How CAN THESE State Representives Give ME A Life Conviction or Life without in prison ILLEGAL

(1)

Hon. Charles Coody I Pray to GOD Thats In the Act As beening swared into office In your seat of Authority That you Hon. Charles Coody Would call the FBI and Feds In too take this matter to A Federal criminal prosecution and prosecute All parties That conspired to give me Life in prison Illegal and Life without in prison Sir Charles coody check the Records For Facts @ Clerk OFFICE U.S. middle District court

Mr. Charles Coody Sir you are my only way outta prison Legal

They are stopping me from getting parole because I was going to CNN NEWS media to expose these Folks et,al parties

The Facts Shows I,am Flasely Inprisonment by Montgomery Ala ADOC And Attorney General Office

(2)

Sir Mr. Charles Coody
Put yourself IN my shoe's

How these Folks ILLEGAl Recked my whole Life ILLEGAl & MAliEε, They DoN't CARε They have Did MANY INNOCENT People's the SAME WAY Sir Mr. Charles Coody would you want to SERVE this TIME without NO Help, Every TIME You TRY TO CAll FoR HELP But Mr. Charles Coody you got Strength to Make thing's happen Thats Right and For A JusT CAUSE's

Please Sir Call-911- The F.B.I & FEDS IN TO SINK The Corruption IN The ATTORNEY GENERAl OFFICE Et,Al PARTIES Conspired IN CC-99-169-M to give A INNOCENT MAN Life & Life Without Imprisonment ILLEGAl UNDER 13A-5-9 (C)(2) Sir. Sir its Wrong

Sincerely
Marvin O. Tate #180064

(3)

# HON. Charles Coody

The only thing I want from these people's

1. To clear my name
2. Full pardon and all civil rights restored
3. My freedom back in free society
4. To be compensated for illegal time served

Sincerely

Marcus Otces

(4)

PERSONAL
LETTER HAND
MAIL

MOBILE AL 366
26 DEC 2007 PM 2 L



U.S. Middle District Courthouse
ATTN: U.S. Senior Magistrate Judge
Hon. Charles Coody
P.O. Box 711
Montgomery, Ala 36101

36101+0711

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    070
                            INMATE SUMMARY AS OF 10/27/2006                CODE:  CORVK
```

***************************************************************

```
AIS: 00180664A   INMATE: TAITE, MARCUS                    RACE: B   SEX: M

INST: 070 - STATON CORRECTIONAL CENTER        DORM:  00  JAIL CR: 000Y 01M 00D

DOB: 06/07/1975  SSN: ___-__-____

ALIAS: MUHAMMAD, DRELIJAH J              ALIAS: TAIT, MARCUS O

ALIAS: TAITCE, MARCUS                    ALIAS: TAITE, MARCUS OLANDA

ALIAS: TATE, MARCUS                      ALIAS: TATE, MARCUS O

ADM DT: 11/23/1999  DEAD TIME: 000Y 07M 26D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: PAROLE REVOKED

CURRENT CUST: MED-9    CURRENT CUST DT: 05/11/2006  PAROLE REVIEW DATE: APR 2007

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:    11/18/2001
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT   CASE NO   CRIME                         JL-CR         TERM
CLARKE      11/23/99  N97000427 POSS OF BURGLAR'S TOOLS     * 0030D 006Y 00M 00D CS
            ATTORNEY FEES : $000100      HABITUAL OFFENDER : Y
            COURT COSTS   : $0000189     FINES : $0000000   RESTITUTION : $0000152
CLARKE      11/02/99  N99000169 BURGLARY II                  0000D        LIFE    CS
            COURT COSTS   : $0000239     FINES : $0000000   RESTITUTION : $0000500

TOTAL TERM      MIN REL DT      GOOD TIME BAL    GOOD TIME REV      LONG DATE
   LIFE         00/00/0000                                          99/99/9999

INMATE LITERAL: DC06-209,210,211, & 212 NOLLE PROSSED 5-12-2006
```

***************************************************************

```
DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
```
***************************************************************

```
ESCAPEE-PAROLE SUMMARY

PAROLED FRM  050:04/05/04  RVK:04/10/06  DELQ:06/13/05  REC:02/09/06  RT:02/09/06

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
```
***************************************************************

```
DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 10/13/2006   TIME LOST: 000Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                        AT INST: 070   RULE NUMBER: 56
   RETAINED DAYS: 0000   SEQ #: 15   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO
                              CONTINUED ON NEXT PAGE
```