IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

MARCUS TATE #180664
Plaintiff

v.   CV-07-1093-MHT

MARC S. BASS-
ASSISTANT ATTORNEY GENERAL
Defendants et.al

Supported by Exhibits A-F Court Files

## OBJECTION /&/ DE NOVO

### ISSUE ONE

1. Pursuant: <u>U.S. FEDERAL TAX PAYER WRITE OFF</u> Vs. <u>28 U.S.C. § 1915(a)</u> Application to proceed without payment of FEES and (2). Concur with <u>28 U.S.C. § 1915(g)</u>.

3. The plaintiff have worked and paid Taxies such as <u>STATE</u>, <u>FEDERAL</u>, Taxies under the Color of Laws 18 USC 241 to 246 See Work History # ▓▓▓▓▓▓

## PAST WORK HISTORY

SCANNED   [1]
1/8/08

# Exhibits A-to-F

4. The plaintiff is in Custody of ADOC prison and Dose not have Any WAGES /OR/ Job that pays Salary for 40 Hours Weekly Pursuant: <u>Self Explainatory U.S. Federal Tax Payer Write Off Vs. 28 USC 1915(a) and 28 USC 1915(g)</u>.

5. The plaintiff Submitts This attached ONE Dollar Bill to Cover All Civil Actions In All U.S. Courthouse's In the State of Alabama That Was Filed by him Against Any Defendants. To Reslove All Civil CASES.
   (a). <u>SEE Federal tax Write Off</u>

## ISSUE TWO

6. Title code of Alabama 1975  13A-5-9(c)(2) @ <u>Three prior Felony</u> is <u>Self Explanatory Against the peace and dignity of the State of Alabama</u>

   A. Must Have THREE OR MORE PRIOR Felony Convictions SEE Exhibit <u>"B"</u> "D" Court File

[2]

# Exhibits A-to-F

7. The plaintiff Raised TWO Civil Rights Claims Violation in CV-07-1093-MHT UNDER the original Complaint 42.USC 1983 & ATTACHED BRIEF Court Files
Claims to wit,

**ONE Claim**  A. False Imprisonment ILLEGAL Custody of Plaintiff under 13A-5-9(c)(2)
EXCESSIVE FORCE

**TWO Claim**  B. Death Threats by Stating Plaintiff is serving Life without Parole in ADOC Prison

## Issue Three

8. Title Code of Alabama 1975  13A-5-9(c)(2) Clearly is Speaking Self Explanatory That plaintiff "MUST," SHALL, HAVE THREE or MORE PRIOR Felony. TO BE JUDGED UNDER 13A-5-9(c)(2) TO SENTENCE RANGE Following
   A. LIFE IMPRISONMENT IN ADOC
   B. LIFE WITHOUT PAROLE Imprisonment IN ADOC
SEE Exhibits "B & D" Court Files

[3]

# Exhibits A-to-F

## ISSUE FOUR

9. <u>Life Without</u> In ADOC Self Explanatory means <u>to DIE</u> IN ALABAMA PRISON SYSTEM Without EVER BEENING Released to Society Again

10. THATS <u>Life Threating</u> to wit, <u>Following</u>
   A. Physical to plaintiff CV-07-1093 MHT
   B. Mental to plaintiff CV-07-1093-MHT
   C. Emotional to plaintiff CV-07-1093 MHT

## ISSUE FIVE

11. The defendant MARC S. BASS (AG) Should have known do to his LAW DEGREE's AND Praticing Law in the State of Alabama For Many years In State and Federal Courts

## ISSUE SIX

12. The plaintiff have the right away to bring this <u>CV-07-1093-MHT</u> UNDER <u>Dangerous Life Threating Issues</u> UNDER 42 USC 1983 Complaint, Pursuant U.S. Civil Rights 1st Amendment, and 14th Amendments & 5th Amendment LAWS <u>Right to petition Government Agency</u>

[4]

# Exhibits A-to-F

13. The plaintiff has shown evidence of facts under FCRP 56(e) that he's in **Flase Imprisonment** under the Defendants Marc S. Bass et,al and ADOC UNDER Title Code of Ala 1975 13A-5-9(c)(2) SEE Exhibits "B" "D" Court Files <u>CV-07-1093-MHT</u>

14. Flase Imprisonment dose violate plaintiff U.S. Civil Rights Amendments Laws Following <u>4th</u>, <u>5th</u>, <u>8th</u>, <u>14th</u>, <u>Due process of Laws</u>, and Deprive plaintiff of <u>Immunity</u> under the 14th Amendment and <u>Equal protecting</u>

15. Flase Imprisonment dose violate the 5th, Amendment of plaintiff. <u>Life</u> and <u>Liberty</u> <u>Deprived</u> without <u>Just Cause</u> and <u>Compensation</u> of U.S. Laws

16. Flase Imprisonment dose violate plaintiff 8th Amendment Civil Right nor Cruel unusual punishments Inflicted nor Excessiveforce of Fines Imposed

[5]

Without Just Cause of Laws
SEE 13A-5-9(c)(2) Exhibits "D" & "B"

17. Self explanatory 13A-5-9(c)(2)
Clearly states the plaintiff [MUST]
HAVE THREE OR MORE PRIOR
Felony SEE Exhibit "B"
Court Files CV-07-1093-MHT

ISSUE SEVEN

18. The plaintiff petition this U.S. MIDDLE COURT
TO ORDER MARC S. BASS et.Al
TO Produce THREE or MORE
PRIOR Felony History of plaintiff
UNDER SSN# 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

A. Pursuant 13A-5-9(c)(2)
"MUST" Have Three or More
Prior Felony Conviction
SEE Exhibit "D" STATUTE

19. IF The Defendants Can not produce
Three or more prior Felony History
of plaintiff IN CV-07-1093-MHT
A. IT Establish plaintiff Flase Imprisonment
Claim under FCRP 56(e)
Citing: Anderson V. Liberty Lobby, INC, 477 U.S.
242, 91 L Ed 2d 202, 106 S Ct 2502

[6]

Exhibits A-to-F
Court Files CV-07-1093-MHT

## Conclusion

Wherefore the plaintiff has Established this WRITTEN OBJECTION & DE NOVO UNDER CASE LAWS Support CELOTEX CORP V. CATRETT, 477 U.S. 317, 91 L Ed 2d 265, 106, S Ct 2548 and ANDERSON V. Liberty Lobby INC, 477 U.S. 242, 91 L Ed 2d 202, 106 S Ct 2505 Showing FCRP 56(e) Genuine Issue's of Laws and U.S. Constitution violations 4th, 5th, 8th, 14th DUE process of Laws

ATTN: Defendants: Why Can't I LIVE FREE LIKE Any other Citizen's In The State of Alabama and the U.S. Society LEGAL

Put yourself in my SHOES AND Place of NOW ADOC, Its Wrong AND INJUSTICE, Against The U.S. Con. Amend Laws and Alabama Laws Constitution Amendmen

[7]

## Certification of Service

I plaintiff swear to affirm I have served the U.S. Middle District Courthouse @ P.O. Box 711 Clerk's office Montgomery, Ala 36101 by the U.S. Post mail service affixed by prepaid mailing stamps postage Day of __2nd__ month __1st__ 2008 Delivered by Post Master to

U.S. Courthouse

Sincerely

_Marcus O. Tate_
MARCUS TATE 180664
MCBF
2423 N. BELT LINE HWY
MOBILE, Ala 36663

8

Marcus Tate 190664
Mobile Community Based Facility
2423 N. Belt Line Hwy
Mobile Ala 36663

MOBILE AL 366
07 JAN 2008 PM 1 L
USA 41

ATTN: CHARLES COODY
U.S. CHIEF MAGISTRATE
U.S. COURTHOUSE
P.O. BOX 711
MONTGOMERY, Ala 36101

36101+0711

```
                        ALABAMA DEPARTMENT OF CORRECTIONS           INST:    070
 R716-3                 INMATE SUMMARY AS OF 06/28/2006             CODE: CRSUM

************************************************************************

 IS: 00180564A   INMATE: TAITE, MARCUS                RACE: B   SEX: M

 NST: 070 - STATON CORRECTIONAL CENTER        DORM: 00  JAIL CR: 000Y 01M 00D

 OB: 06/07/1975   SSN: [redacted]

 LIAS: MUHAMMAD, DRELIJAH J            ALIAS: TAIT, MARCUS O
 LIAS: TAITCE, MARCUS                  ALIAS: TAITE, MARCUS OLANDA
 LIAS: TATE, MARCUS                    ALIAS: TATE, MARCUS O

 DM DT: 11/23/1999   DEAD TIME: 00DY 07M 26D

 DM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: PAROLE REVOKED

 URRENT CUST: MED-9   CURRENT CUST DT: 05/11/2006  PAROLE REVIEW DATE: APR 2007

 ECURITY LEVEL: (4) FOUR

 ERVING UNDER ACT#446 LAW IN CLASS IV         CURRENT CLASS DATE:  11/18/2001
 NMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

 OUNTY    SENT DT   CASE NO    CRIME                       JL-CR     TERM
 LARKE    11/23/99  N97000427  POSS OF BURGLAR'S TOOLS   * 0030D   006Y 00M 00D CS
          ATTORNEY FEES : $000100       HABITUAL OFFENDER : Y
          COURT COSTS   : $000189       FINES : $0000000   RESTITUTION : $0000152
 LARKE    11/02/99  N99000169  BURGLARY II                 0000D    LIFE         CS
          COURT COSTS   : $000239       FINES : $0000000   RESTITUTION : $0000500

 TOTAL TERM    MIN REL DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
    LIFE      00/00/0000                                       99/99/9999

 NMATE LITERAL: DC06-209,210,&211 NOLLE PROSSED 5-12-2006
************************************************************************

 ETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
************************************************************************

 SCAPEE-PAROLE SUMMARY

 AROLED FRM  050:04/05/04  RVK:04/10/06  DELQ:06/13/05  RECAP:02/09/06  RTN:02/09/06

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
************************************************************************

 ISCIPLINARY/CITATION SUMMARY

  >> CITATION: 02/09/2004                       CUST FROM MED9 TO MED9
     CITATION TYPE: BEHAVIOR CITATION     AT INST: 037    RULE NUMBER: 85
     RETAINED DAYS: 0000    SEQ #: 14    RULE LIT: VIOLATION OF INSTIT. RULES OR REG
                           CONTINUED ON NEXT PAGE
```