```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003128
Cashier ID: cstrecke
Transaction Date: 01/08/2008
Payer Name: MARCUS TATE
-----------------------------------
PLRA CIVIL FILING FEE
 For: MARCUS TATE
 Case/Party: D-ALM-2-07-CV-001093-001
 Amount:        $1.00
-----------------------------------
CASH
 Amt Tendered:  $1.00
-----------------------------------
Total Due:      $1.00
Total Tendered: $1.00
Change Amt:     $0.00
```